IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **EDWARD GROSS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 1:23-cv-00383-JRS-MJD |
| v. | ) | |
| | ) | Judge Sweeney, II |
| **MVB BANK, INC.** | ) | Magistrate Dinsmore |
| **d/b/a CREDIT KARMA MONEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT AND
REQUEST TO STAY ALL DEADLINES**

Plaintiff, EDWARD GROSS hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter.  Plaintiff further states as follows:

1. The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2. Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

3. Plaintiff specifically requests that the Status scheduled for May 18, 2023, be stricken.

Respectfully submitted,
**EDWARD GROSS**

By:   s/ David M. Marco
      Attorney for Plaintiff

Dated: May 17, 2023

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
5250 Old Orchard Road, Suite 300
Skokie, IL 60077
Telephone:   (312) 546-6539
Facsimile:   (888) 418-1277
E-Mail:      dmarco@smithmarco.com