IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EDWARD GROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-00383-JRS-MJD |
| v. | ) |
| | ) Judge Sweeney, II |
| MVB BANK, INC. | ) Magistrate Dinsmore |
| d/b/a CREDIT KARMA MONEY, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

This matter comes before the Court on the Parties' Stipulation to Dismiss with Prejudice, which is granted. This matter is dismissed with prejudice with each party to bear their own fees and costs.

Date: 6/30/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

*Service shall be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.*